IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES CHATMAN,  )  <br> Plaintiff,  )  <br> v.  )  <br> RICHARD EARLY, et al.,  )  <br> Defendants.  )  <br> _____ ) | No. C 03-2820 MMC (PR) <br><br> **ORDER GRANTING EXTENSION OF TIME** <br><br> **(Docket No. 114)** |

    In 2003, plaintiff Charles Chatman, a state prisoner proceeding pro se, filed the above-titled civil rights complaint pursuant to 42 U.S.C. § 1983. In 2004, the action was dismissed by the Court and, in 2005, the Court of Appeals vacated the order of dismissal and remanded the matter. Thereafter, in an order dated October 16, 2006, the Court found plaintiff had stated cognizable claims for relief based on his allegations of food deprivation, retaliation and interference with his mail; the Court ordered the complaint served on thirty-six defendants. Subsequently, plaintiff filed an amended complaint; in an order dated February 11, 2008, the Court ordered the amended complaint served and set a briefing schedule for dispositive motions.

    On May 12, 2008, the defendants represented by the Attorney General's Office filed a motion to dismiss; that same date, defendant Chen, who is represented by counsel for the California Office of the Inspector General, filed a motion for summary judgment. According to the Court's briefing schedule, plaintiff was to file his opposition to said motions within

thirty days of the date the motions were filed.

Now before the Court is plaintiff's request for an extension of time in which to file his opposition to defendants' dispositive motions. In support of said request, plaintiff explains that he was at a hospital in Reno, Nevada from May 22 through May 25, 2008, and when he returned to prison on May 29, 2008, he was placed in administrative segregation without access to his legal property. Plaintiff states he does not know when he will receive his legal property; he asks for an extension of thirty days to respond to defendants' motions.

Good cause appearing, plaintiff's request for an extension of time is hereby GRANTED. Plaintiff shall file his opposition to defendants' dispositive motions on or by <u>August 1, 2008</u>. Defendants shall file a reply within <u>fourteen</u> days of the date the opposition is filed.

IT IS SO ORDERED.

DATED: July 1, 2008

_____
MAXINE M. CHESNEY
United States District Judge