IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CHARLES CHATMAN,

        Plaintiff,

  v.

RICHARD EARLY, et al.,

        Defendants.
                              /

No. CV-03-2820 MMC (PR)

**JUDGMENT IN A CIVIL CASE**

**( )  Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**(X)  Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** defendants' motion to dismiss and for summary judgment is hereby GRANTED. In light of the Court's separate order granting summary judgment in favor of defendant John Chen, judgment is hereby entered in favor of all defendants to the instant action.

Dated: March 27, 2009

Richard W. Wieking, Clerk

By: Tracy Lucero
Deputy Clerk